THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   | JOSEPH CHURCH, individually and on
behalf of all others similarly situated,

11              Plaintiff,

12   vs.

13   EXPEDIA, INC., EAN.COM, LP,
TRAVELSCAPE, LLC and HOTELS.COM
14   L.P.,

15              Defendants.

16

Case No.  2:18-cv-01812-JLR

STIPULATION AND [PROPOSED]
ORDER REGARDING BRIEFING
SCHEDULE AND NOTING DATE FOR
DEFENDANTS' MOTION TO
COMPEL ARBITRATION AND
DISMISS OR STAY CASE

NOTE ON MOTION CALENDAR:
MARCH 4, 2019

17

18        The parties in the above-captioned action, through their undersigned counsel, hereby

19   STIPULATE AND AGREE as follows:

20        1.        On February 25, 2019, Defendants Expedia, Inc., EAN.com, LP, Travelscape, LLC,

21   and Hotels.com L.P. ("Defendants"), filed a Motion to Compel Arbitration And Dismiss or Stay

22   Case ("Motion to Compel Arbitration") (Dkt. No. 19), asking the Court to compel all of Plaintiff's

23   claims to arbitration.

24

25

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1     2.      Defendants noted the Motion to Compel Arbitration for March 22, 2019, as a fourth

2 Friday motion. Currently, Plaintiff's opposition is due on March 18, 2019, and Defendants' reply

3 is due on March 22, 2019. *See* LCR 7(d)(3).

4     3.      The parties have conferred and agreed that additional time is warranted to prepare

5 opposition and reply briefing regarding the Motion to Compel Arbitration. The parties stipulate

6 and agree to the following briefing schedule: Plaintiff's opposition shall be filed on or before

7 March 29, 2019; Defendants' reply shall be filed on or before April 19, 2019; and the noting date

8 shall be continued to April 19, 2019.

9     *SO STIPULATED.*

10     Dated this 4th day of March, 2019.

11

**CALFO EAKES & OSTROVSKY PLLC**

12

By     *s/ Angelo J. Calfo*

13         Angelo J. Calfo, WSBA# 27079
        Emily Dodds Powell, WSBA# 49351

14         1301 Second Avenue, Suite 2800
        Seattle, WA 98101

15         (206) 407-2200 | Phone
        (206) 407-2224 | Fax

16         Email: angeloc@calfoeakes.com
                emilyp@calfoeakes.com

17

18         *Attorneys for Defendants Expedia, Inc., EAN.com, LP,*
        *Travelscape, LLC and Hotels.com L.P.*

19

**HAGENS BERMAN SOBOL SHAPIRO LLP**

20

By     *s/ Andrew Volk*

21         Steve Berman, WSBA# 12536
        Andrew Volk, WSBA # 27639

22         1301 Second Avenue, Suite 2000
        Seattle, WA 98101

23         (206) 623-7292 | Phone
        (206) 623-0594 | Fax

24         Email: steve@hbsslaw.com
                andrew@hbsslaw.com

25

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200 FAX (206) 407-2224

1

## MCGOWAN, HOOD & FELDER, LLC

2
James L. Ward, Jr.
Ranee Saunders

3
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464

4
(843) 388-7202 | Phone
(843) 388-3194 | Fax

5
Email: jward@mcgowanhood.com
    rsaunders@mcgowanhood.com

6

7

## WALKER GRESSETTE FREEMAN & LINTON, LLC

8
Ian W. Freeman
John P. Linton, Jr.

9
66 Hasell Street
Charleston, SC 29401

10
(843) 727-2200 | Phone
(843) 727-2238 | Fax

11
Email: freeman@wgfllaw.com
    linton@wgfllaw.com

12

13
*Attorneys for Plaintiff Joseph Church*

14

15

16

17

18

19

20

21

22

23

24

25

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

[~~PROPOSED~~] ORDER

IT IS SO ORDERED. The Clerk is DIRECTED to renote
Defendants' motion (Dkt. # 19) for April 19, 2019.
Dated this _6th_ day of _____March_____, 2019

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE BRIEFING
SCHEDULE AND NOTING DATE FOR DEFENDANTS'
MOTION TO COMPEL ARBITRATION
(Case No. 2:18-cv-01812-JLR) - 4

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224